**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KATHLEEN M. AMARAL,**

      **Plaintiff,**

**v.**         Case No:   6:19-cv-189-Orl-22DCI

**U.S. SECURITY ASSOCIATES, INC.,**

      **Defendant.**

**ORDER**

This cause is before the Court on the Joint Motion to Approve Settlement and for Order of Dismissal with Prejudice (Doc. No. 20), and the Supplement, thereto (Doc. No. 24).

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of No Objection (Doc. No. 26), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 2, 2019 (Doc. No. 25), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion to Approve Settlement and for Order of Dismissal with Prejudice (Doc. No. 20) is hereby GRANTED.

3. The Court finds the settlement is a fair and reasonable resolution of a bona fide FLSA dispute.

4. This case is DISMISSED WITH PREJUDICE.

5. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on August 9, 2019.

*[Signature: Anne C. Conway]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record